Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

*Counsel for Defendants Leica Microsystems, Inc.,
and Steve Milazzo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00059-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS LEICA MICROSYSTEMS, INC. AND STEVE MILAZZO TO RESPOND TO AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Leica Microsystems, Inc. ("Leica") and Steve Milazzo ("Milazzo") and Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC (collectively, "Plaintiffs"), by and through their respective counsel, hereby agree and to extend the deadline for the Leica and Milazzo to plead or otherwise respond to Plaintiffs' Amended Complaint (ECF No. 3) until March 26, 2018, and request that the Court enter an Order approving the same.

On January 30, 2018, Milazzo was served with process with respect to the Amended Complaint in the above-captioned matter. On February 1, 2018, Leica was served with process with respect to the Amended Complaint in the above-captioned matter. Leica and Milazzo recently obtained counsel and have requested an extension of time of approximately thirty (30)

days in order to evaluate the allegations set forth in the Amended Complaint and the factual circumstances underlying such allegations. Plaintiffs are agreeable to the requested extension as a matter of professional courtesy. This is the parties' first stipulation for an extension of time for Defendants Leica and Milazzo to respond to the Amended Complaint.

Based on the foregoing, the parties respectfully request that the Court enter an order extending the deadline for Leica and Milazzo to plead or otherwise respond to the Amended Complaint until March 26, 2018.

Dated: February 16, 2018　　　　　　　　　　　Dated: February 16, 2018

By: */s/ Christopher R. Miltenberger*　　　　　By: */s/ M. Lani Esteban-Trinidad*
　　Christopher R. Miltenberger　　　　　　　　　M. Lani Esteban-Trinidad
　　Nevada Bar No. 10153　　　　　　　　　　　　Nevada Bar No. 6967
　　GREENBERG TRAURIG, LLP　　　　　　　　THE THATER LAW GROUP, P.C.
　　3773 Howard Hughes Parkway　　　　　　　6390 W. Cheyenne Ave, Ste. A
　　Suite 400 North　　　　　　　　　　　　　　Las Vegas, Nevada 89108
　　Las Vegas, NV 89169

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Joseph Fioravante*
　　*Attorney for Defendants Leica*　　　　　　*and Modern Orthopaedics, LLC*
　　*Microsystems, Inc. and Steve Milazzo*

**IT IS SO ORDERED:**

_____
**UNITED STATES**
**MAGISTRATE/~~DISTRICT~~ JUDGE**

**DATED:** February 23, 2018