**PICCOLO LAW OFFICES**
Matthew C. Piccolo
Nevada State Bar No. 14331
matt@piccololawoffices.com
8565 S. Eastern Ave., Ste. 150
Las Vegas, NV 89123
Telephone: (702) 630-5030

**SPAULDING LAW**
Brady Brammer
Pro Hac Vice Application Forthcoming
bbrammer@spauldinglaw.com
1955 W. Grove Parkway, Suite 250
Pleasant Grove, UT 84062
Telephone: (801) 839-4653

*Attorneys for Brandon Elggren and*
*South Ridge Microsurgical, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | **CASE NO. 2:18-cv-00059-GMN-CWH**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

COMES NOW, Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC, ("**Plaintiffs**") and Defendants, Brandon Elggren and South Ridge Microsurgical, Inc., collectively the ("**Applicable Defendant**s"), through counsel, hereby stipulate and agree pursuant to Local Rules 6-1, 6-2 and 7-1 as follows:

## STIPULATION

IT IS HEREBY STIPULATED by Plaintiffs and Applicable Defendants that Defendants Brandon Elggren and South Ridge Microsurgical, Inc. shall have an extension of time until March 26, 2018 to file a responsive pleading to Plaintiff's Amended Complaint [Dkt. 3] in order to allow additional time for the Applicable Defendants to evaluate the allegations set forth in the Amended Complaint and the factual circumstances underlying such allegations. Plaintiffs are agreeable to the requested extension as a matter of professional courtesy. This is the first stipulation for an extension of time for the Applicable Defendants to respond to the Amended Complaint.

IT IS FURTHER STIPULATED by the parties that this stipulation does not constitute any waiver of claims for defenses and that the extension of time to file a responsive pleading includes an extension to file a Motion to Dismiss pursuant to FRCP 12(b).

IT IS FURTHER STIPULATED by the parties that this stipulation is made in good faith and not for the purposes of delay.

Dated: February 26, 2018                                    Dated: February 26, 2018

By: */s/ Matthew C. Piccolo*                                By: */s/ M. Lani Esteban-Trinidad\**
    Matthew C. Piccolo                              M. Lani Esteban-Trinidad
    Nevada State Bar No. 14331                      Nevada Bar No. 6967
    **PICCOLO LAW OFFICES**                         **THE THATER LAW GROUP, P.C.**
    8565 S. Eastern Ave., Ste. 150                  6390 W. Cheyenne Ave, Ste. A
    Las Vegas, NV 89123                             Las Vegas, Nevada 89108
                                                    *\* With Permission*

*Attorneys for Defendants Brandon Elggren and South Ridge Microsurgical, Inc.*                *Attorneys for Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC*

**IT IS SO ORDERED**:

**Dated**: February 27, 2018    _____
                                             **United States Magistrate/District Judge**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 26, 2018, I caused to be served a copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** via the United States District Court CM/ECF System upon all parties on the master e-service list.

Executed: February 26, 2018.

                                         */s/ Matthew C. Piccolo*
                                           Matthew C. Piccolo