Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

*Counsel for Defendants Leica Microsystems, Inc., and Steve Milazzo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00059-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS LEICA MICROSYSTEMS, INC. AND STEVE MILAZZO TO RESPOND TO AMENDED COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Leica Microsystems, Inc. ("Leica") and Steve Milazzo ("Milazzo") and Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC (collectively, "Plaintiffs"), by and through their respective counsel, hereby agree to extend the deadline for the Leica and Milazzo to plead or otherwise respond to Plaintiffs' Amended Complaint (ECF No. 3) until April 9, 2018, and request that the Court enter an Order approving the same.

On January 30, 2018, Milazzo was served with process with respect to the Amended Complaint in the above-captioned matter. On February 1, 2018, Leica was served with process with respect to the Amended Complaint in the above-captioned matter. The parties previously

stipulated to extend Leica and Milazzo's deadline to response to the Amended Complaint until March 26, 2018 (ECF No. 9), so that counsel could evaluate the allegations set forth in the Amended Complaint and the factual circumstances underlying such allegations. The Court entered an order approving the stipulation. (ECF No. 10).

Counsel for Plaintiffs, Leica, and Milazzo are engaged in good faith discussions in an effort to attempt to resolve the dispute among themselves without the need for further litigation. The parties are in agreement with respect to the extension to allow them to complete their discussions prior to Leica and Milazzo having to respond to the Amended Complaint. This is the parties' second stipulation for an extension of time for Defendants Leica and Milazzo to respond to the Amended Complaint.

Based on the foregoing, the parties respectfully request that the Court enter an order extending the deadline for Leica and Milazzo to plead or otherwise respond to the Amended Complaint until April 9, 2018.

Dated: March 22, 2018

By: /s/ Christopher R. Miltenberger
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

*Attorney for Defendants Leica Microsystems, Inc. and Steve Milazzo*

Dated: March 22, 2018

By: /s/ M. Lani Esteban-Trinidad
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
THE THATER LAW GROUP, P.C.
6390 W. Cheyenne Ave, Ste. A
Las Vegas, Nevada 89108

*Attorneys for Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE/DISTRICT JUDGE**

**DATED:** March 23, 2018

LV 421094498v1