| | |
|---|---|
| **PICCOLO LAW OFFICES** | **SPAULDING LAW** |
| Matthew C. Piccolo | Brady Brammer |
| Nevada State Bar No. 14331 | Pro Hac Vice Application Forthcoming |
| matt@piccololawoffices.com | bbrammer@spauldinglaw.com |
| 8565 S. Eastern Ave., Ste. 150 | 1955 W. Grove Parkway, Suite 250 |
| Las Vegas, NV 89123 | Pleasant Grove, UT 84062 |
| Telephone: (702) 630-5030 | Telephone: (801) 839-4653 |

*Attorneys for Brandon Elggren and
South Ridge Microsurgical, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00059-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

COMES NOW, Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC, ("**Plaintiffs**") and Defendants, Brandon Elggren and South Ridge Microsurgical, Inc., collectively the ("**Applicable Defendant**s"), through counsel, hereby stipulate and agree pursuant to Local Rules 6-1, 6-2 and 7-1 as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED by Plaintiffs and Applicable Defendants that Defendants Brandon Elggren and South Ridge Microsurgical, Inc. shall have an extension of time until April

9, 2018 to file a responsive pleading to Plaintiff's Amended Complaint [Dkt. 3] in order to allow additional time for the Applicable Defendants to evaluate the allegations set forth in the Amended Complaint and the factual circumstances underlying such allegations. Plaintiffs are agreeable to the requested extension as a matter of professional courtesy.

This is the second stipulation for an extension of time for the Applicable Defendants to respond to the Amended Complaint. The parties previously stipulated to extend Defendants' deadline to file a responsive pleading until March 26, 2018.

IT IS FURTHER STIPULATED by the parties that this stipulation does not constitute any waiver of claims for defenses and that the extension of time to file a responsive pleading includes an extension to file a Motion to Dismiss pursuant to FRCP 12(b).

IT IS FURTHER STIPULATED by the parties that this stipulation is made in good faith and not for the purposes of delay.

Dated: March 26, 2018

By: /s/ Matthew C. Piccolo
Matthew C. Piccolo
Nevada State Bar No. 14331
**PICCOLO LAW OFFICES**
8565 S. Eastern Ave., Ste. 150
Las Vegas, NV 89123

*Attorneys for Defendants Brandon Elggren and South Ridge Microsurgical, Inc.*

Dated: March 26, 2018

By: /s/ M. Lani Esteban-Trinidad*
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
**THE THATER LAW GROUP, P.C.**
6390 W. Cheyenne Ave, Ste. A
Las Vegas, Nevada 89108
* With Permission

*Attorneys for Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC*

**IT IS SO ORDERED**:

**Dated**: March 27, 2018

_____
**United States Magistrate District Judge**

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that on March 26, 2018, I caused to be served a |
| 3 | copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| 4 | **TO ANSWER PLAINTIFF'S COMPLAINT** via the United States District Court |
| 5 | CM/ECF System upon all parties on the master e-service list. |
| 6 | Executed: March 26, 2018. |

                                                */s/ Matthew C. Piccolo*
                                                Matthew C. Piccolo