Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

*Counsel for Defendants Leica Microsystems, Inc., and Steve Milazzo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00059-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS LEICA MICROSYSTEMS, INC. AND STEVE MILAZZO TO RESPOND TO AMENDED COMPLAINT**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Leica Microsystems, Inc. ("Leica") and Steve Milazzo ("Milazzo") and Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC (collectively, "Plaintiffs"), by and through their respective counsel, hereby agree to extend the deadline for the Leica and Milazzo to plead or otherwise respond to Plaintiffs' Amended Complaint (ECF No. 3) until May 7, 2018, and request that the Court enter an Order approving the same.

On January 30, 2018, Milazzo was served with process with respect to the Amended Complaint in the above-captioned matter. On February 1, 2018, Leica was served with process with respect to the Amended Complaint in the above-captioned matter. The parties previously

LV 421132572v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

stipulated to extend Leica and Milazzo's deadline to response to the Amended Complaint until April 23, 2018 (ECF Nos. 9, 13, 19), so that counsel could evaluate the allegations set forth in the Amended Complaint and the factual circumstances underlying such allegations. The Court entered an order approving the stipulations. (ECF No. 10, 14, 20).

Counsel for Plaintiffs, Leica, and Milazzo have exchanged multiple settlement proposals and are continuing to engage in good faith negotiations regarding a potential resolution of this matter without requiring the need for further litigation. Counsel for Leica and Milazzo believes he will have authority on a revised counter-proposal in the coming days and is requesting an additional extension to ensure that Plaintiffs have sufficient time to fully evaluate that forthcoming proposal. The parties are in agreement with respect to the extension to allow them to complete their discussions prior to Leica and Milazzo having to respond to the Amended Complaint. This is the parties' fourth stipulation for an extension of time for Defendants Leica and Milazzo to respond to the Amended Complaint.

Based on the foregoing, the parties respectfully request that the Court enter an order extending the deadline for Leica and Milazzo to plead or otherwise respond to the Amended Complaint until May 7, 2018.

Dated: April 23, 2018

By: /s/ Christopher R. Miltenberger
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
*Attorney for Defendants Leica Microsystems, Inc. and Steve Milazzo*

Dated: April 23, 2018

By: /s/ M. Lani Esteban-Trinidad
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
THE THATER LAW GROUP, P.C.
6390 W. Cheyenne Ave, Ste. A
Las Vegas, Nevada 89108
*Attorneys for Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE/DISTRICT JUDGE**
**DATED:** April 24, 2018