# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH FIORAVANTE, et al., | Case No. 2:18-cv-00059-GMN-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| LEICA MICROSYSTEMS, INC., et al., | |
| Defendants. | |

Presently before the court is plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC and defendants Leica Microsystems, Inc., Steve Milazzo, South Ridge Microsurgical, Inc., and Brandon Elggren's failure to comply with the court's order (ECF No. 26) dated June 8, 2018. Those parties notified the court that they had reached a settlement (ECF No. 23), and the court entered an order requiring them to file a stipulated dismissal or a joint status report by June 25, 2018. (Min. Order (ECF No. 26).) To date, Plaintiff and Defendant Atria have not filed a stipulated dismissal or submitted a joint status report. The parties must file a stipulated dismissal or submit a joint status report via facsimile to 702-464-5581 by July 20, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 9, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE