Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

*Counsel for Defendants Leica Microsystems, Inc.,
and Steve Milazzo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FIORAVANTE, an individual; MODERN ORTHOPAEDICS, LLC, a Nevada corporation, | Case No. 2:18-cv-00059-GMN-CWH |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| LEICA MICROSYSTEMS, INC., a Delaware corporation; SOUTH RIDGE MICROSURGICAL, INC., a Utah corporation; STEVE MILAZZO, an individual (California); BRANDON ELGGREN, an individual (Utah); DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiffs Joseph Fioravante and Modern Orthopaedics, LLC, by and through their counsel, The Thater Law Group, P.C., and Defendants Leica Microsystems, Inc. and Steve Milazzo, by and through their counsel, the law firm of Greenberg Traurig, LLP, and Defendants South Ridge Microsurgical, Inc. and Brandon Elggren, by and through their counsel, the Piccolo Law Offices and Spaulding Law, having reached an agreement to resolve all outstanding issues among them, and hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE. Each party

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

shall bear its own respective costs, expenses and attorneys' fees in connection with and related to the above-captioned matter.

Dated: July 16, 2018

Dated: July 16, 2018

By: _/s/ Christopher R. Miltenberger_
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
*Attorney for Defendants Leica*
*Microsystems, Inc. and Steve Milazzo*

By: _/s/ M. Lani Esteban-Trinidad_
M. Lani Esteban-Trinidad
Nevada Bar No. 6967
THE THATER LAW GROUP, P.C.
6390 W. Cheyenne Ave, Ste. A
Las Vegas, Nevada 89108
*Attorneys for Plaintiffs Joseph*
*Fioravante and Modern Orthopaedics,*
*LLC*

Dated: July 16, 2018

By: _/s/ Matthew C. Piccolo_
Matthew C. Piccolo
Nevada Bar No. 14331
PICCOLO LAW OFFICES
8565 S. Eastern Ave., Ste. 150
Las Vegas, NV 89123

Brady Brammer
*Pro Hac Vice* Application Forthcoming
SPAULDING LAW
1955 W. Grove Parkway, Suite 250
Pleasant Grove, UT 84061
*Attorney for Defendants Brandon*
*Elggren and South Ridge*
*Microsurgical, Inc.*

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
**UNITED STATES DISTRICT COURT**

**Dated this 19 day of July, 2018.**

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421175126v1